1  **ARON L. ISRAELITE**
   California State Bar No. 290799
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Aron_Israelite@fd.org
5
   Attorneys for Defendant
6  JUSTIN LEE WILEY

7              UNITED STATES DISTRICT COURT
8              SOUTHERN DISTRICT OF CALIFORNIA
9

| UNITED STATES OF AMERICA, | CASE NO.: 20-cr-01848-LAB |
|---|---|
| Plaintiff, | Hon. Larry Alan Burns<br>Date: 3/24/21<br>Time: 10:00 a.m. |
| v. | |
| JUSTIN LEE WILEY, | **Joint Motion to Continue Motion Hearing / Trial Setting** |
| Defendant. | |

The parties jointly move that the Court continue the Motion Hearing / Trial Setting scheduled for March 24, 2021, at 10:00 a.m., to June 14, 2021, at 2:00 p.m. The parties wish to continue the Motion Hearing / Trial Setting so they will have more time to negotiate a plea agreement. With the help of the requested continuance, the parties are optimistic about accomplishing that goal. The parties agree that the Court should exclude time, as the requested continuance serves the ends of justice and there is a pending motion. 18 U.S.C. §§ 1361(h)(1)(D) and 1361(h)(7)(A).

//
//
//
//

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: March 22, 2021 | *s/ Aron L. Israelite* |
| | Federal Defenders of San Diego, Inc. |
| | Attorneys for Defendant |
| | JUSTIN LEE WILEY |
| | Email: Aron_Israelite@fd.org |
| | |
| | Respectfully submitted, |
| Dated: March 22, 2021 | *s/ J'me Forrest* |
| | Assistant U.S. Attorney |