UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR1848-LAB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** <br> **(Superseding)** |
| v. | |
| JUSTIN LEE WILEY, | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony) |
| Defendant. | |

The Acting United States Attorney charges:

On or about April 1, 2020, within the Southern District of California, defendant, JUSTIN LEE WILEY, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 30, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

*J'me Forrest*

J'ME K. FORREST
Assistant U.S. Attorney

JKF:kst:Imperial
Rev. 6/30/21